**COVINGTON**

BEIJING　BOSTON　BRUSSELS　DUBAI　FRANKFURT
JOHANNESBURG　LONDON　LOS ANGELES　NEW YORK
PALO ALTO　SAN FRANCISCO　SEOUL　SHANGHAI　WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

*By ECF*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　January 11, 2024

The Honorable Richard M. Gergel
United States District Court
for the District of South Carolina
P.O. Box 835
Charleston, South Carolina 29402

**Re:　*Tyco Fire Products LP v. AIU Ins. Co., et al.*, Civ. No. 2:23-2384 (D.S.C.)**

Dear Judge Gergel:

　　　　Further to the Court's Scheduling Order dated October 30, 2023 (ECF 111), we write jointly on behalf of (1) Tyco Fire Products LP ("Tyco") and (2) Great American Assurance Company (f/k/a Agricultural Insurance Company) and Great American Spirit Insurance Company (collectively "Great American") to inform the Court that Tyco and Great American have reached a settlement-in-principle. This settlement-in-principle must be finalized through a formal written agreement, which Tyco and Great American expect to finalize expeditiously.

　　　　As a result of their settlement-in-principle, Tyco and Great American agree that their respective discovery obligations in respect to one another in this action shall be suspended while they work to finalize their settlement agreement.

　　　　In the event that Tyco and Great American are unable to finalize their written settlement agreement, they will jointly and promptly report to the Court with a further update and proposed course of action.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Allan B. Moore*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Allan B. Moore

cc　　　　Counsel for All Parties (via ECF)