**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

*By ECF*                                                                                             January 19, 2024

The Honorable Richard M. Gergel
United States District Court
for the District of South Carolina
P.O. Box 835
Charleston, South Carolina 29402

**Re:  *Tyco Fire Products LP v. AIU Ins. Co., et al.*, Civ. No. 2:23-2384 (D.S.C.)**

Dear Judge Gergel:

      Further to the parties' letter dated January 12, 2024 (ECF 214), we are pleased to report that Plaintiff Tyco Fire Products LP ("Tyco") and Defendants AIU Insurance Company, American Home Assurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company (collectively, "AIG") have reached an agreement that resolves the remaining issue that was the subject of Tyco's Motion to Compel Production of Documents by AIG ("Motion") (ECF 202). The parties have memorialized their agreement in writing.

      In accordance with the parties' agreement, and in reliance on AIG's representations and discovery commitments made as part of that agreement, Tyco hereby respectfully withdraws the remainder of its Motion without prejudice. Tyco reserves the right to refile its Motion or to file a new motion to compel if the circumstances require.

      Respectfully submitted,

*/s/ Allan B. Moore*

Allan B. Moore

cc      Counsel for All Parties (via ECF)