# COVINGTON

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

*By ECF*

February 6, 2024

The Honorable Richard M. Gergel
United States District Court
for the District of South Carolina
P.O. Box 835
Charleston, South Carolina 29402

Re:   *Tyco Fire Products LP v. AIU Ins. Co., et al.*, Civ. No. 2:23-2384 (D.S.C.)

Dear Judge Gergel:

    Further to the Court's Scheduling Order dated October 30, 2023 (ECF 111), we write jointly on behalf of (1) Tyco Fire Products LP ("Tyco") and (2) Allstate Insurance Company as successor-in-interest to Northbrook Excess and Surplus Insurance Company, (f/k/a Northbrook Insurance Company) ("Allstate") to inform the Court that Tyco and Allstate have reached a settlement-in-principle. This settlement-in-principle must be finalized through a formal written agreement, which Tyco and Allstate expect to finalize expeditiously.

    As a result of their settlement-in-principle, Tyco and Allstate agree that their respective discovery obligations in respect to one another in this action shall be suspended while they work to finalize their settlement agreement.

    In the event that Tyco and Allstate are unable to finalize their written settlement agreement, they will jointly and promptly report to the Court with a further update and proposed course of action.

Respectfully submitted,

*/s/ Allan B. Moore*

Allan B. Moore

*Counsel for Tyco Fire Products LP*

cc    Counsel for All Parties (via ECF)