**COVINGTON**

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
T  +1 202 662 6000

By ECF

February 20, 2024

The Honorable Richard M. Gergel
United States District Court
for the District of South Carolina
P.O. Box 835
Charleston, South Carolina 29402

Re:   *Tyco Fire Products LP v. AIU Ins. Co., et al.*, Civ. No. 2:23-2384 (D.S.C.)

Dear Judge Gergel:

Further to the Court's Scheduling Order dated October 30, 2023 (ECF 111), we write jointly on behalf of (1) Tyco Fire Products LP ("Tyco") and (2) Affiliated FM Insurance Company ("Affiliated FM") to inform the Court that Tyco and Affiliated FM have reached a settlement-in-principle.  This settlement-in-principle must be finalized through a formal written agreement, which Tyco and Affiliated FM expect to finalize expeditiously.

As a result of their settlement-in-principle, Tyco and Affiliated FM agree that their respective discovery obligations in respect to one another in this action shall be suspended while they work to finalize their settlement agreement.

In the event that Tyco and Affiliated FM are unable to finalize their written settlement agreement, they will jointly and promptly report to the Court with a further update and proposed course of action.

Respectfully submitted,

*/s/ Allan B. Moore*

Allan B. Moore

cc   All Counsel of Record (by ECF)