# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP,<br><br>                                *Plaintiff*,<br>v.<br><br>AIU INSURANCE COMPANY, *et al.*,<br><br>                              *Defendants*. | Civil Action No. 2:23-cv-02384-RMG<br><br>Hon. Richard M. Gergel |

## **ORDER**

Pursuant to the joint request of Plaintiff Tyco Fire Products LP and the AIG Insurer Defendants, it is hereby ORDERED that:

1. The deadline to produce expert reports shall be extended to March 22, 2024;

2. The deadline to produce responsive expert reports shall be extended to April 8, 2024;

3. The deadline to complete expert discovery shall be extended to April 26, 2024; and

4. All other deadlines set forth in the Scheduling Order dated October 30, 2023 (Dkt. No. 111) remain unchanged.

**SO ORDERED**

this 26th day of February, 2024.

                                                                                   s/Richard M. Gergel<br>
                                                                                    Hon. Richard M. Gergel<br>
                                                                                    United States District Judge