UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP,<br>*Plaintiff*,<br>v.<br>AIU INSURANCE COMPANY, *et al.*<br>*Defendants*. | Civil Action No. 2:23-cv-02384-RMG<br><br>Hon. Richard M. Gergel |

**PLAINTIFF'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST AIG ON DEDUCTIBLES AND RETENTIONS**

Pursuant to Federal Rule of Civil Procedure 56, Tyco Fire Products LP ("Tyco") respectfully files this Motion for Partial Summary Judgment against Defendants National Union Fire Insurance Company of Pittsburgh, Pa., American Home Assurance Company, and New Hampshire Insurance Company (collectively, "AIG") on Deductibles and Retentions ("Motion") which seeks partial summary judgment that (1) Deductible payments made by Tyco reduce the applicable limits of liability of the Primary Policies which contain deductibles; (2) certain Self-Insured Retentions ("SIRs") in Pollution Exclusion Endorsements in certain Umbrella Policies do not apply to the AFFF Claims; (3) the Retained Limit Amendment Endorsements in certain Umbrella Policies have no force or effect; and (4) the Retained Limit Amendatory Endorsements in certain Umbrella Policies can be satisfied by underlying or other insurance. The bases for relief are set forth in the accompanying Memorandum of Law.

| | |
|---|---|
| Dated: March 18, 2024 | WILLS MASSALON & ALLEN LLC |

By: */s/ Christy Ford Allen*
Christy Ford Allen (SC Bar 07549)
Post Office Box 859
Charleston, South Carolina 29402
Tel:     (843) 727-1144
Email: callen@wmalawfirm.net

and

COVINGTON & BURLING LLP

Allan B. Moore (admitted *pro hac vice*)
Timothy D. Greszler (admitted *pro hac vice*)
Alexis N. Dyschkant (admitted *pro hac vice*)
850 Tenth Street, NW
Washington, DC 20001
Tel:     (202) 662-5575
Email: abmoore@cov.com

*Counsel for Tyco Fire Products LP*