# Collins & Lacy
### ATTORNEYS AT LAW

Christian Stegmaier | **D:** 803.255.0454 | **E:** cstegmaier@collinsandlacy.com

March 21, 2024

**BY ECF**
The Honorable Richard Gergel
United States District Court
For the District of South Carolina
Post Office Box 835
Charleston, SC 29402

Re:  <u>*Tyco Fire Prods. LP, et al. v. AIU Ins. Co., et al.*, **No. 2:23-cv-02384 (D.S.C.)**</u>

Dear Judge Gergel:

      This letter is being submitted on behalf of Defendant TIG Insurance Company ("TIG") and AIG,[1] with the consent of Plaintiff Tyco Fire Products LP ("Tyco"). As set forth below, AIG and TIG request, with Tyco's consent, that the Court enter the attached Proposed Order providing: (1) AIG and TIG a modest fourteen-day extension to respond to Tyco's recently filed Motions for Partial Summary Judgment against AIG and TIG regarding pollution exclusions (ECF No. 256) and a comparable fourteen-day extension for AIG to respond to Tyco's Motion for Partial Summary Judgment against AIG regarding deductibles and retentions (ECF No. 257) (collectively, the "Motions") and (2) Tyco a corresponding, short seven-day extension to file reply briefs. The Proposed Order does not change any other dates, such that briefing on these dispositive motions will remain scheduled for completion by April 29, 2024, before the May 2, 2024 deadline to file motions for summary judgment under the Scheduling Order (ECF 111).

      Under the briefing schedule for the Motions imposed by Local Rule 7.06, responses are due on April 1 and replies are due on April 8. In light of the overlapping expert discovery schedule in place in this action, under which expert reports are due on March 22 and expert rebuttal reports are due on April 8, AIG requested that Tyco consent to a short extension to the briefing schedule for the Motions and Tyco agreed.

      In light of the foregoing, AIG and TIG respectfully request that the Court enter the attached Proposed Order, which: (a) extends AIG's and TIG's deadlines to respond to the Motions by two weeks, from April 1, 2024 to April 15, 2024 and (b) extends the deadline for Tyco to file reply briefs by one week, from April 22, 2024 to April 29, 2024. The Proposed Order would not modify any other deadlines in the Scheduling Order, including the deadline to file or complete briefing of other dispositive motions.

---

[1] As relevant to the Motions, "AIG" includes American Home Assurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company.

**COLLINS & LACY, P.C.**  1330 Lady Street, Sixth Floor | Columbia, SC 29201 | Post Office Box 12487 (29211)
**P:** 803.256.2660  **F:** 803.771.4484  collinsandlacy.com

LEGAL02/44214418v1

The Honorable Richard Gergel
March 21, 2024
Page 2

      The Parties appreciate the Court's attention to this matter and are available to discuss this issue further with the Court.

                                    Respectfully,

                                    *s/Christian Stegmaier*

                                    Christian Stegmaier

CS/mmm
cc:   All Counsel of Record (by ECF)