UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP,<br><br>*Plaintiff*,<br><br>v.<br><br>AIU INSURANCE COMPANY, *et al.*<br><br>*Defendants*. | Civil Action No. 2:23-cv-02384-RMG<br><br><br><br>Hon. Richard M. Gergel |

**ORDER**

It is hereby ORDERED that:

1. The AIG Insurers' deadline to respond to Tyco's pending Motions for Partial Summary Judgment (ECF Nos. 256-57) shall be extended from April 1, 2024 to April 15, 2024;

2. TIG's deadline to respond to Tyco's pending Motion for Partial Summary Judgment (ECF No. 256) shall be extended from April 1, 2024 to April 15, 2024;

3. Tyco's deadline to file reply briefs in support of its Motions shall be extended from April 22, 2024 to April 29, 2024; and

4. All other deadlines set forth in the Scheduling Order dated October 30, 2023 (ECF No. 111) remain unchanged.

**SO ORDERED**

this 26th day of March, 2024.

s/Richard M Gergel
Hon. Richard M. Gergel
