UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP,<br><br>*Plaintiff*,<br>v.<br><br>AIU INSURANCE COMPANY, *et al.*<br><br>*Defendants*. | Civil Action No. 2:23-cv-02384-RMG<br><br><br><br>Hon. Richard M. Gergel |

## JOINT MOTION TO DISMISS ALLSTATE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Tyco Fire Products LP ("Tyco"), and Defendant Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company ("Allstate"), stipulate and jointly move for an unopposed order of dismissal as follows:

1. By letter dated February 6, 2024, Tyco and Allstate gave notice that they had reached a settlement-in-principle of Tyco's claims in this action. ECF 236.

2. Tyco and Allstate have now finalized their settlement agreement.

3. Accordingly, Tyco and Allstate jointly request that the Court enter an order dismissing Tyco's claims against Allstate with prejudice in the form substantially similar to the enclosed **Proposed Order**.

4. Tyco and Allstate understand that no other party to this action opposes this motion.

Dated: March 28, 2024

<table>
<tr><td></td><td>WILLS MASSALON & ALLEN LLC</td></tr>
<tr><td>By: s/Carmela E. Mastrianni</td><td>By: s/Christy Ford Allen</td></tr>
<tr><td>Carmela E. Mastrianni, SC Fed. ID. 13730<br>M. Aaron Lay, *Pro Hac Vice*<br>525 N. Tryon Street, Suite 1400<br>Charlotte, NC  28202<br>Telephone: (704) 344-1117<br>Facsimile: (704) 344-1483<br>cmastrianni@lawhssm.com<br>malay@lawhssm.com</td><td>Christy Ford Allen (Fed. No. 07549)<br>Post Office Box 859<br>Charleston, South Carolina 29402<br>T: (843) 727-1144<br>callen@wmalawfirm.net<br><br>COVINGTON & BURLING LLP<br><br>Allan B. Moore (*pro hac vice*)<br>Alexis N. Dyschkant (*pro hac vice*)<br>Timothy D. Greszler (*pro hac vice*)<br>850 Tenth Street, NW<br>Washington, DC 20001<br>T: (202) 662-5575<br>abmoore@cov.com<br>adyschkant@cov.com<br>tgreszler@cov.com</td></tr>
<tr><td>*Counsel for Allstate Insurance Company*</td><td>*Counsel for Tyco Fire Products LP*</td></tr>
</table>