UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP,<br>*Plaintiff,*<br>v.<br>AIU INSURANCE COMPANY, *et al.*<br>*Defendants.* | Civil Action No. 2:23-cv-02384-RMG<br><br>Hon. Richard M. Gergel |

## ORDER

Upon the Joint Motion (Dkt. No. 268) to Dismiss Allstate by Plaintiff Tyco Fire Products LP ("Tyco") and Defendant Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company ("Allstate"), it is hereby ORDERED that:

1. The Joint Motion to Dismiss Allstate is GRANTED.

2. The claims by Tyco Fire Products LP against Defendant Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company are DISMISSED WITH PREJUDICE.

3. Defendant Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company is accordingly DISMISSED from this action

**AND IT IS SO ORDERED.**

<u>s/Richard Mark Gergel</u>
Richard Mark Gergel
United States District Court

April 9, 2024

Charleston, South Carolina