

Christian Stegmaier | **D:** 803.255.0454 | **E:** cstegmaier@collinsandlacy.com

April 24, 2024

**BY ECF**
The Honorable Richard M. Gergel
United States District Court
For the District of South Carolina
P.O. Box 835
Charleston, SC 29402

Re: *Tyco Fire Prods. LP v. AIU Ins. Co., et al.*, **No. 2:23-cv-02384 (D.S.C.)**

Dear Judge Gergel:

This letter is being submitted on behalf of Defendants AIU Insurance Company, American Home Assurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company (collectively, the "AIG Insurers") in connection with their Motion to Dismiss or Stay ("Motion"), filed today (Dkt. 282).

As set forth in the Motion, the AIG Insurers respectfully request that the Court order an expedited briefing schedule so that the Court may rule in advance of addressing the two currently pending dispositive motions (Dkt. 256; Dkt. 257) filed by Tyco Fire Products LP ("Tyco"). The Court's decision on the Motion may render it unnecessary for this Court to resolve Tyco's motions and thus an expedited briefing schedule may conserve the Court's judicial resources. The AIG Insurers request the following briefing schedule:

- **May 1:** Tyco's response
- **May 3:** AIG's reply (if any)

The AIG Insurers appreciate the Court's attention to this matter and are available to discuss this issue further with the Court.

Respectfully submitted,

*/s/ Christian Stegmaier*

Christian Stegmaier

CS/mmm
cc: All Counsel of Record (by ECF)