UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AIU INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 2:23-cv-02384-RMG |

**DEFENDANTS TRAVELERS' JOINDER IN
THE AIG INSURERS' MOTION TO DISMISS OR STAY**

　　Defendants, Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company and The Travelers Indemnity Company ("Travelers"), hereby join in the relief requested in Defendants AIU Insurance Company, American Home Assurance Company, Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company (collectively, the "AIG Insurers"), Motion to Dismiss or Stay (Dkt. 283 and 283-1).

　　For the reasons stated in the AIG Insurers' Motion to Dismiss or Stay, Travelers requests that this Honorable Court enter an order dismissing or staying the subject Action in favor of the Wisconsin Action, as those terms are defined in the AIG Insurers' Motion .

Respectfully submitted,

By:  *s/ Steven J. Pugh*
Steven J. Pugh (Fed. ID No. 7033)
spugh@richardsonplowden.com
Benjamin P. Carlton (Fed. ID No. 11797)
bcarlton@richardsonplowden.com
RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400

and

Charles W. Browning *(Pro Hac Vice)*
cbrowning@plunkettcooney.com
Lauren B. McMillen *(Pro Hac Vice)*
lmcmillen@plunkettcooney.com
Nicole C. Ruggirello *(Pro Hac Vice)*
nruggirello@plunkettcooney.com
PLUNKETT COONEY
38505 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan 48304
(248) 901-4000

*Attorneys for Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company and The Travelers Indemnity Company (collectively, "Travelers")*

April 25, 2024

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2024, I electronically filed the foregoing document with the United States District Court, District of South Carolina, Charleston Division's Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

> *s/ Steven J. Pugh*
> Steven J. Pugh (Fed. ID No. 7033)
> spugh@richardsonplowden.com
> RICHARDSON PLOWDEN & ROBINSON, P.A.
> 1900 Barnwell Street (29201)
> Post Office Drawer 7788
> Columbia, South Carolina 29202
> (803) 771-4400