UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP, | Civil Action No. 2:23-cv-02384-RMG |
| *Plaintiff*, | |
| v. | |
| AIU INSURANCE COMPANY, *et al.* | Hon. Richard M. Gergel |
| *Defendants*. | |

**JOINT MOTION TO DISMISS GREAT AMERICAN**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Tyco Fire Products LP ("Tyco"), and Defendants Great American Assurance Company (f/k/a Agricultural Insurance Company) and Great American Spirit Insurance Company (collectively "Great American"), stipulate and jointly move for an unopposed order of dismissal as follows:

1.     By letter dated January 11, 2024, Tyco and Great American gave notice that they had reached a settlement-in-principle of Tyco's claims in this action. ECF 209.

2.     Tyco and Great American have now finalized their settlement agreement.

3.     Accordingly, Tyco and Great American jointly request that the Court enter an order dismissing Tyco's claims against Great American with prejudice, in the form substantially similar to the enclosed **Proposed Order**.

4.     Tyco and Great American understand that no other party to this action opposes this motion.

Dated: April 26, 2024

SWEENY, WINGATE & BARROW, P.A.

By: s/Christy E. Mahon

Christy E. Mahon (Fed. ID No. 7896)
Sweeny, Wingate & Barrow, P.A.
1515 Lady Street
Columbia, SC  29201
Tel:  (803) 256-2233
CEM@swblaw.com

and

James P. Ruggeri (*pro hac vice*)
Annette P. Rolain (*pro hac vice*)
**Ruggeri Parks Weinberg LLP**
1875 K Street NW, Suite 600
Washington, DC 20006
Tel: (202) 984-1400
jruggeri@ruggerilaw.com
arolain@ruggerilaw.com


*Counsel for Defendant Great American
Assurance Company (f/k/a Agricultural
Insurance Company) and Great American
Spirit Insurance Company*

WILLS MASSALON & ALLEN LLC

By: s/Christy Ford Allen

Christy Ford Allen (Fed. ID No. 07549)
Wills Massalon & Allen LLC
Post Office Box 859
Charleston, South Carolina 29402
T: (843) 727-1144
callen@wmalawfirm.net

COVINGTON & BURLING LLP

Allan B. Moore (*pro hac vice*)
Alexis N. Dyschkant (*pro hac vice*)
Timothy D. Greszler (*pro hac vice*)
850 Tenth Street, NW
Washington, DC 20001
T: (202) 662-5575
abmoore@cov.com
adyschkant@cov.com
tgreszler@cov.com

*Counsel for Tyco Fire Products LP*