UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP,<br>*Plaintiff*,<br>v.<br>AIU INSURANCE COMPANY, *et al.*<br>*Defendants*. | Civil Action No. 2:23-cv-02384-RMG<br><br>Hon. Richard M. Gergel |

**JOINT MOTION TO DISMISS AFFILIATED FM**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Tyco Fire Products LP ("Tyco"), and Defendant Affiliated FM Insurance Company ("Affiliated FM"), stipulate and jointly move for an unopposed order of dismissal as follows:

1. By letter dated February 20, 2024, Tyco and Affiliated FM gave notice that they had reached a settlement-in-principle of Tyco's claims in this action. ECF 251.

2. Tyco and Affiliated FM have now finalized their settlement agreement.

3. Accordingly, Tyco and Affiliated FM jointly request that the Court enter an order dismissing Tyco's claims against Affiliated FM with prejudice, in the form substantially similar to the enclosed **Proposed Order**.

4. Tyco and Affiliated FM understand that no other party to this action opposes this motion.

Dated: April 26, 2024

| | |
|---|---|
| MARON MARVEL BRADLEY ANDERSON & TARDY LLC | WILLS MASSALON & ALLEN LLC |
| By: /s/ *Beau L. Inabinet* | By: /s/ *Christy Ford Allen* |
| Beau L. Inabinet (Federal Bar No. 7598)<br>Chandler D. Rowh (Federal Bar No. 13132)<br>259 Seven Farms Drive, Suite 300<br>Daniel Island, South Carolina 29492<br>T: (843) 727-0003<br>BI@maronmarvel.com | Christy Ford Allen (Fed. ID No. 07549)<br>Post Office Box 859<br>Charleston, South Carolina 29402<br>T: (843) 727-1144<br>callen@wmalawfirm.net |
| BATESCAREY LLP | COVINGTON & BURLING LLP |
| R. Patrick Bedell *(pro hac vice)*<br>191 North Wacker, Suite 2400<br>Chicago, Illinois 60606<br>T: (312) 762-3100<br>rbedell@batescarey.com<br><br>*Counsel for Affiliated FM Insurance Company* | Allan B. Moore (*pro hac vice*)<br>Alexis N. Dyschkant (*pro hac vice*)<br>Timothy D. Greszler (*pro hac vice*)<br>850 Tenth Street, NW<br>Washington, DC 20001<br>T: (202) 662-5575<br>abmoore@cov.com<br>adyschkant@cov.com<br>tgreszler@cov.com<br><br>*Counsel for Tyco Fire Products LP* |