UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP,<br>*Plaintiff*,<br>v.<br>AIU INSURANCE COMPANY, *et al.*<br>*Defendants*. | Civil Action No. 2:23-cv-02384-RMG<br><br>Hon. Richard M. Gergel |

# ORDER

The Court GRANTS Plaintiff Tyco Fire Products LP ("Tyco"), and Defendants Great American Assurance Company (f/k/a Agricultural Insurance Company) and Great American Spirit Insurance Company (collectively "Great American")'s joint motion to dismiss Great American. (Dkt. No. 291). Tyco's claims against Great American are DIMISSED WITH PREJUDICE. Great American is accordingly dismissed from this action.

The Court furthers GRANTS Tyco's joint motion to dismiss with Affiliated FM Insurance Company ("Affiliated FM"). (Dkt. No. 292). Tyco's claims against Affiliated FM are DISMISSED WITH PREJUDICE and Affiliated FM is accordingly dismissed from this action.

Last, the Court GRANTS Tyco's joint motion to dismiss with Defendants AIU Insurance Company, American Home Assurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company (collectively, the "AIG Insurers"). (Dkt. No. 306). Tyco's claims against the AIG Insurers are DISMISSED WITH PREJUDICE and the AIG Insurers are accordingly dismissed from this action.

**AND IT IS SO ORDERED.**

**s/Richard Mark Gergel**
Richard Mark Gergel
United States District Court

June 7, 2024

Charleston, South Carolina