UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP,<br><br>         *Plaintiff*,<br>v.<br><br>AIU INSURANCE COMPANY, *et al.*<br><br>         *Defendants*. | Civil Action No. 2:23-cv-02384-RMG<br><br><br>Hon. Richard M. Gergel |

**SECOND AMENDED SCHEDULING ORDER**

Pursuant to the Court's Order dated April 29, 2024 (ECF 297), Plaintiff Tyco Fire Products LP ("Tyco") and the Insurer Defendants,[1] who include all remaining insurers in this action, respectfully submit this Second Amended Scheduling Order. This Second Amended Scheduling Order revises the deadlines set forth in the Court's Scheduling Order dated October 30, 2023 (ECF 111), as amended by Order dated February 26, 2024 (ECF 253), as follows:

  1. By **July 29, 2024**, all dispositive motions and all *Daubert* motions shall be submitted. By **August 21, 2024**, all responses to these motions shall be submitted. By **September 6, 2024**, all reply briefs shall be submitted.

  2. The Court will hold a status conference to discuss the state of this litigation and to set deadlines for the remainder of the case.

---

[1] The "Insurer Defendants" are: Allianz Global Risks US Insurance Company; Hamilton Insurance Designated Activity Company, Liberty Surplus Insurance Corporation, and Ohio Casualty Insurance Company; General Security Indemnity Company of Arizona; Starr Indemnity and Liability Insurance Company; TIG Insurance Company; and Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) and The Travelers Indemnity Company.

3. Except as stated above, the deadlines and procedures set forth in the Court's October 30, 2023 Scheduling Order (ECF 111), as amended by the Court's February 26, 2024 Order (ECF 253), shall continue in force.

SO ORDERED this __7th__ day of __June__, 2024:

__s/Richard M. Gergel__
Hon. Richard M. Gergel