# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP,<br><br>*Plaintiff*,<br><br>v.<br><br>AIU INSURANCE COMPANY, ET AL.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-02384-RMG |

**DEFENDANTS TRAVELERS CASUALTY AND SURETY COMPANY F/K/A THE AETNA CASUALTY AND SURETY COMPANY AND THE TRAVELERS INDEMNITY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE APPLICATION OF CERTAIN POLLUTION EXCLUSIONS**

Defendants, Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company and The Travelers Indemnity Company ("Travelers"), hereby file this Motion for Partial Summary Judgment on the Application of Certain Pollution Exclusions, and for the reasons stated in the attached brief, requests summary judgment as follows:

1. █████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
████████████████████

2. █████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████

3. ███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████

        Respectfully submitted,

        By: s/*Steven J. Pugh*
        RICHARDSON PLOWDEN & ROBINSON, P.A.
        1900 Barnwell Street (29201)
        Post Office Drawer 7788
        Columbia, South Carolina 29202
        (803) 771-4400
        Steven J. Pugh (Fed. ID No. 7033)
        spugh@richardsonplowden.com
        Benjamin P. Carlton (Fed. ID No. 11797)
        bcarlton@richardsonplowden.com

        and

        PLUNKETT COONEY
        38505 Woodward Ave., Suite 100
        Bloomfield Hills, MI 48304
        Phone: 248-901-4000
        Fax: 248-901-4040
        Charles W. Browning *(Pro Hac Vice)*
        cbrowning@plunkettcooney.com
        Lauren B. McMillen *(Pro Hac Vice)*
        lmcmillen@plunkettcooney.com
        Nicole C. Ruggirello *(Pro Hac Vice)*
        nruggirello@plunkettcooney.com

        ***Attorneys for Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company and The Travelers Indemnity Company (collectively, "Travelers")***

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 29, 2024, I electronically filed the foregoing document with the United States District Court, District of South Carolina, Charleston Division's Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                            *s/ Steven J. Pugh*
                            Steven J. Pugh (Fed. ID No. 7033)
                            spugh@richardsonplowden.com
                            RICHARDSON PLOWDEN & ROBINSON, P.A.
                            1900 Barnwell Street (29201)
                            Post Office Drawer 7788
                            Columbia, South Carolina 29202
                            (803) 771-4400