**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Tyco Fire Products LP, | Case 2:23-cv-02384-RMG |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| AIU Insurance Company, *et al.* | |
| Defendants. | |

On June 7, 2024, the Court issued an order granting the joint motions to dismiss at Dkt. Nos. 291, 292, and 306, which dismissed Tyco's claims against American Home Assurance Company, Granite State Insurance Company, Great American Assurance Company, Great American Spirit Insurance Company, Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh PA, New Hampshire Insurance Company, AIU Insurance Company, and Affiliated FM Insurance Company from this action. (Dkt. No. 307). On July 24, 2024, the Court issued an order granting joint motion to dismiss at Dkt. No. 310, which dismissed Tyco's claims against Zurich American Insurance Company. (Dkt. No. 311).

Within 10 days of this order, the parties are directed to provide the Court with a joint statement indicating which Defendants remain and what claims Tyco maintains against those Defendants.

 s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

August 1, 2024
Charleston, South Carolina

1