UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TYCO FIRE PRODUCTS LP, <br><br>                            *Plaintiff*, <br> v. <br><br> AIU INSURANCE COMPANY, *et al.* <br><br>                          *Defendants*. | Civil Action No. 2:23-cv-02384-RMG <br><br><br><br> Hon. Richard M. Gergel |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated August 1, 2024 (ECF 326), Plaintiff Tyco Fire Products LP ("Tyco") and the Non-Settled Insurer Defendants identified in paragraph 1 below (collectively, the "Parties") respectfully submit this Joint Status Report.

**Remaining Defendants and Claims**

1. The Non-Settled Insurer Defendants that remain parties to this action are:

    (a) **Allianz**: Allianz Global Risks US Insurance Company.

    (b) **Liberty**: Hamilton Insurance Designated Activity Company, Liberty Surplus Insurance Corporation, and Ohio Casualty Insurance Company.

    (c) **SCOR**: General Security Indemnity Company of Arizona.

    (d) **Starr**: Starr Indemnity and Liability Insurance Company.

    (e) **Travelers**: Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) and The Travelers Indemnity Company.

2. Defendant TIG Insurance Company ("TIG") also remains a party to this action, but as Tyco and TIG reported on July 26, 2024 (ECF 315), they have reached a settlement-in-principle, which they are working expeditiously to finalize through a formal written agreement. Tyco and TIG have agreed to hold in abeyance their claims and contentions against each other in this action pending the finalization of their formal written agreement.

1

3.      Tyco continues to seek Declaratory Judgment and Other Relief against the Non-Settled Insurer Defendants as set forth in Counts II and III of Tyco's Amended Complaint in this action and its associated Prayer for Relief (ECF 32). Due to Tyco's settlement with the AIG Insurers, Tyco no longer seeks relief with respect to Count I of Tyco's Amended Complaint, which was addressed solely to certain AIG Insurers, and the Court already has dismissed the AIG Insurers from this action (ECF 307).

**Pending Motions**

4.      Pursuant to the Second Amended Scheduling Order (ECF 309), Tyco and Travelers have each filed dispositive motions and *Daubert* motions, which currently are being briefed, with responses due by August 21 and replies due by September 6. These motions are:

(a)     Travelers' Motions (ECF 313, 316, 317, 320).

   (i)    Travelers' Motion for Partial Summary Judgment on Allocation and Non-Cumulation/Prior Insurance Under the Travelers Excess Policies Issued to Tyco Laboratories, Inc. (ECF 313);

   (ii)   Travelers' Motion to Exclude Tyco Fire Products LP's Proposed Expert Dr. Hassan Amini (ECF 316);

   (iii)  Travelers' Motion to Exclude Tyco Fire Products LP's Proposed Expert Dr. Edward Gabrielson (ECF 317); and,

   (iv)   Travelers' Motion for Partial Summary Judgment on the Application of Certain Pollution Exclusions (ECF 320).

(b)     Tyco's Motions (ECF 323, 324, 325).

   (i)    Tyco's Motion to Exclude Insurers' Proffered Expert Witness Testimony from David F. Goldsmith, James J. Connors, and Michael L. Averill (ECF 323);

   (ii)   Tyco's Motion for Partial Summary Judgment Against Travelers Regarding "Prior Insurance" Provisions (ECF 324); and,

   (iii)  Tyco's Motion for Partial Summary Judgment that Travelers Has Not Satisfied its Duty to Defend (ECF 325).

5.      Separately, due to Tyco's settlement with the AIG Insurers and its settlement-in-principle with TIG, Tyco confirms that the following two motions for partial summary judgment that Tyco previously filed in March 2024 are now moot and have been withdrawn: (a) Tyco's Motion for Partial Summary Judgment Against AIG and TIG Regarding Certain "Pollution Exclusions" (ECF 256), and (b) Tyco's Motion for Partial Summary Judgment Against AIG on Deductibles and Retentions (ECF 257).

*       *       *

The Parties appreciate the Court's continued attention to this matter.

Dated: August 12, 2024

| WILLS MASSALON & ALLEN LLC | RICHARDSON PLOWDEN & ROBINSON, P.A. |
|---|---|
| By: */s/ Christy Ford Allen*<br>Christy Ford Allen (SC Bar 07549)<br>Post Office Box 859<br>Charleston, South Carolina 29402<br>T: (843) 727-1144<br>callen@wmalawfirm.net | By: */s/ Steven J. Pugh*<br>Steven J. Pugh (Fed. ID No. 7033)<br>Benjamin P. Carlton (Fed. ID No. 11797)<br>1900 Barnwell Street (29201)<br>Post Office Drawer 7788<br>Columbia, South Carolina 29202<br>T: (803) 771-4400<br>spugh@richardsonplowden.com<br>bcarlton@richardsonplowden.com |
| COVINGTON & BURLING LLP<br><br>Allan B. Moore (admitted *pro hac vice*)<br>Alexis N. Dyschkant (admitted *pro hac vice*)<br>Timothy D. Greszler (admitted *pro hac vice*)<br>850 Tenth Street, NW<br>Washington, DC 20001<br>T: (202) 662-5575<br>abmoore@cov.com<br>adyschkant@cov.com<br>tgreszler@cov.com<br><br>*Counsel for Tyco Fire Products LP* | PLUNKETT COONEY, PC<br><br>Charles W. Browning (admitted *pro hac vice*)<br>Lauren B. McMillen (admitted *pro hac vice*)<br>Nicole C. Ruggirello (admitted *pro hac vice*)<br>Stephen Brown (admitted *pro hac vice*)<br>38505 Woodard Avenue, Suite 100<br>Bloomfield Hills, Michigan 48304<br>T: (248) 901-4000<br>cbrowning@plunkettcooney.com<br>lmcmillen@plunkettcooney.com<br>nruggirello@plunkettcooney.com<br>sbrown@plunkettcooney.com<br><br>*Counsel for Defendants Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Security Company and The Travelers Indemnity Company* |

| | |
|---|---|
| COZEN O'CONNOR<br><br>By: */s/ Jodi A. McDougall*<br>Jodi A. McDougall (admitted *pro hac vice*)<br>Sarah Pozzi (admitted *pro hac vice*)<br>Megan Kirk (admitted *pro hac vice*)<br>999 Third Avenue, Suite 1900<br>Seattle, WA 98104<br>T: (206) 340-1000<br>JMcdougall@cozen.com<br>SPozzi@cozen.com<br>MKirk@cozen.com<br><br>Charles Albert Kinney Jr. (Fed Bar 10580)<br>301 South College Street, Suite 2100<br>Charlotte, NC 28202<br>T: (704) 348-3471<br>CAKinney@cozen.com<br><br><br>*Counsel for Defendants Hamilton Insurance Designated Activity Company, Liberty Surplus Insurance Corporation, and Ohio Casualty Insurance Company* | MURPHY & GRANTLAND, P.A.<br><br>By: */s/ Wesley B. Sawyer*<br>Wesley B. Sawyer (Fed. Bar 11244)<br>James Thomas McBratney, III (Fed. Bar 10517)<br>Jay Thomas Thompson (Fed. Bar 09846)<br>William Tradd Stover (Fed. Bar 14123)<br>4406-B Forest Drive<br>Columbia, South Carolina 29206<br><br>LINDEMANN MILLER BOWEN LLP<br><br>Jeff Bowen (admitted *pro hac vice*)<br>Celia Kathleen Douglas (admitted *pro hac vice*)<br>125 S. Wacker Dr. Suite 200<br>Chicago, IL 60606<br>(312) 300-4500<br>kate@lm-law.com<br>jeff@lm-law.com<br><br><br>*Counsel for Defendant Starr Indemnity & Liability Company* |

| | |
|---|---|
| COPELAND, STAIR, VALZ & LOVELL, LLP<br><br>By: */s/ Skyler C. Wilson*<br>Douglas W. Mackelcan (Fed. Bar 10058)<br>Skyler C. Wilson (Fed. Bar 13008)<br>40 Calhoun Street, Suite 400<br>Charleston, SC 29401<br>T: 843-727-0307<br>dmackelcan@csvl.law<br>swilson@csvl.law<br><br>*Counsel for Defendants General Security Indemnity Company of Arizona; and Allianz Global Risks US Insurance Company*<br><br>BAKER & MCKENZIE<br>Ronald L. Ohren (Fed. Bar 6194381)<br>John H. Ebner (Fed. Bar 6291526)<br>300 E. Randolph Street, Suite 4800<br>Chicago, IL 60601<br>ronald.ohren@bakermckenzie.com<br>jon.ebner@bakermckenzie.com<br><br>*Counsel for Defendant Allianz Global Risks US Insurance Company*<br><br>MCCULLOUGH, P.C.<br><br>Thomas A. Brusstar (admitted *pro hac vice*)<br>Ian N. Rothenberg (admitted *pro hac vice*)<br>205 N Michigan Ave, Ste 2550<br>Chicago, IL 60601<br>T: (312) 923-4116<br>thomas.brusstar@mcculloughpc.com<br>ian.rothenberg@mcculloughpc.com<br><br>*Counsel for Defendant General Security Indemnity Company of Arizona* | |

6