IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CASE NUMBER: 2:23-CV-02384-RMG

| | |
|---|---|
| **TYCO FIRE PRODUCTS LP,** <br><br> Plaintiff, <br> v. <br><br> **AIU INSURANCE COMPANY, et al.** <br><br> Defendants. | |

**JOINT MOTION TO DISMISS DEFENDANT TIG INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Tyco Fire Products LP ('Tyco") and Defendant TIG Insurance Company ("TIG") stipulate and jointly move for an unopposed order of dismissal as follows:

1. By letter dated July 26, 2024, Tyco and TIG gave notice that they had reached a settlement-in-principle of Tyco's claims in this action. ECF No. 315.

2. Tyco and TIG have now finalized their settlement agreement.

3. Accordingly, Tyco and TIG jointly request that the Court enter an Order dismissing Tyco's claim against TIG with prejudice, in the form substantially similar to the enclosed Proposed Order.

4. Tyco and TIG understand that no other party to this action opposes this motion.

Respectfully submitted,

DATED: September 16, 2024

| | |
|---|---|
| WILLS MASSALON & ALLEN<br>s/Christy Ford Allen<br>Christy Ford Allen (Fed. ID No. 07549)<br>P.O. Box 859<br>Charleston, South Carolina 29402<br>T: (843) 727-1144<br>callen@wmalawfirm.net | MURPHY & GRANTLAND, P.A.<br>s/Wesley B. Sawyer<br>Wesley B. Sawyer (Fed. Bar I.D. 11244)<br>P.O. Box 6648<br>Columbia, South Carolina 29260<br>T: (803) 782-4100<br>wsawyer@murphygrantland.com<br><br>*Counsel for TIG Insurance Company* |

COVINGTON & BURLING LLP

Allan B. Moore (*pro hac vice*)
Timothy D. Greszler (*pro hac vice*)
Alexis N. Dyschkant (*pro hac vice*)
850 Tenth Street, NW
Washington, DC 20001
T: (202) 662-5575
abmoore@cov.com
adyschkant@cov.com
tgreszler@cov.com

*Counsel for Tyco Fire Products LP*